

**Chambers of**
**GARR M. KING**
United States District Judge

### *United States District Court*

**DISTRICT OF OREGON**
907 United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204
Chambers (503) 326-8230
FAX (503) 326-8239

RECEIVED 2006 JUL 17 A 10: 51 FINANCIAL DISCLOSURE OFFICE

July 6, 2006

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2005 Financial Disclosure Form

Dear Judge Smith:

As requested in your letter of June 28, 2006, the following information is submitted. All of the changes are in Part VII.

1) Page 4, line 2, in Column C, value is K, value method is W.

2) The value code and value in Column C should be deleted from page 4 lines 4, 10, and 15 and on page 5 lines 28, and 32. On page 7 delete the value method notation. All of these assets were fully liquidated.

3) Page 4, line 17 the funds are in Piper Jaffray Government obligations account.

4) Page 6, lines 45 and 46, the value method codes are T.

5) Page 7, lines 53 Column D3, value code should be L.

6) Page 7, line 66. This is investment property. Value method R should be used rather than S. The assessment is approximately the same as the cost of the real estate.

If you need anything further, please advise.

Very truly yours,



Garr M. King

GMK:pfc

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KING, GARR M | DISTRICT OF OREGON / ACTIVE | 05/08/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 907 UNITED STATES COURTHOUSE<br>1000 S. W. THIRD AVENUE<br>PORTLAND, OREGON 97204 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-MANAGER | KING PARTNERS LLC |
| 2. PRESIDENT/DIRECTOR | KING FAMILY FOUNDATION |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/30/98 | WITHDRAWAL AGREEMENT - WITH KENNEDY, WATTS, ARELLANO & RICKS LLP (FORMERLY KENNEDY, KING & ZIMMER) - PROVIDES FOR PAYMENT OF CAPITAL ACCT. & ACCTS. RECEIVABLE. |
| 2. | |
| 3. | |

RECEIVED May 15 12 10 PM '06 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American College of Trial Lawyers | American College of Trial Lawyers National Trial Competition in San Antonio, Texas (March 30 - April 2, 2005) - $350.00 |
| 2. | Administrative Office of the United States Courts | Ninth Circuit Judicial Conference in Spokane, Washington (July 18-21, 2005) - $1,173.00 |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. NATIONAL BANK | B | Interest | K | T | | | | | |
| 2. KENNEDY, KING & ZIMMER PARTNERSHIP AGREEMENT | | None | | | | | | | |
| 3. OREGON STATE VETS SER. 75 | B | Interest | K | T | | | | | |
| 4. PORTLAND OREGON SER. B | B | Interest | K | T | Redeemed | 6/1 | K | | |
| 5. WASHINGTON CO. OREGON UNI SWR | A | Interest | J | T | | | | | |
| 6. PORTLAND OREGON HOUSING 11-1-25 | B | Interest | K | T | | | | | |
| 7. PORTLAND OREGON HOUSING 1-1-27 | B | Interest | K | T | | | | | |
| 8. ANALOG DEVICES COMMON STOCK | | None | K | T | | | | | |
| 9. CISCO SYS. INC. COMMON STOCK | | None | K | T | | | | | |
| 10. CALPINE CORP. COMMON STOCK | | None | L | T | Sold | 5/27 | L | | |
| 11. JP MORGAN / CHASE | B | Dividend | K | T | | | | | |
| 12. INTEL CORP. | A | Dividend | K | T | Partial Sale | 5/27 | J | B | |
| 13. U.S. BANCORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 14. WASHINGTON MUTUAL COMMON STOCK | B | Dividend | L | T | | | | | |
| 15. KROEGER CO. COMMON STOCK | | None | L | T | Sold | 3/17 | L | E | |
| 16. ORACLE CORP. COMMON STOCK | | None | K | T | Partial Sale | 5/27 | J | C | |
| 17. CASH IN BROKERAGE ACCOUNTS | D | Interes&Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA- PIPER JAFFREY (See attachment) | | None | O | T | | | | | |
| 19. M&P CO. (REAL ESTATE PARTNERSHIP) | E | Rent | L | W | | | | | |
| 20. MACKINNON FINANCIAL SERVICES (PARTNERSHIP) | A | Interest | J | W | | | | | |
| 21. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 22. IRA VALUE LINE FUND | D | Dividend | M | T | | | | | |
| 23. PFIZER INC. | B | Dividend | K | T | | | | | |
| 24. AMERICAN EXPRESS | A | Dividend | L | T | | | | | |
| 25. AM. INT'L GROUP | A | Dividend | K | T | | | | | |
| 26. CITIGROUP | B | Dividend | K | T | | | | | |
| 27. EXXON MOBIL | B | Dividend | L | T | Partial Sale | 3/17 | K | D | |
| 28. GENERAL ELECTRIC | A | Dividend | K | T | Sold | 7/7 | K | | |
| 29. HOME DEPOT | A | Dividend | K | T | | | | | |
| 30. MICROSOFT | | None | K | T | | | | | |
| 31. WELLS FARGO | A | Dividend | L | T | | | | | |
| 32. CHARLES SCHWAB | A | Dividend | K | T | Sold | 3/17 | K | | |
| 33. WALT DISNEY CO. | A | Dividend | K | T | | | | | |
| 34. SBC COMM. | A | Dividend | | | Sold | 3/17 | K | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNITED PARCEL | B | Dividend | L | T | | | | | |
| 36. MIDCAP SPDR | B | Dividend | M | T | Partial Sale | 3/17 | M | E | |
| 37. SECTOR SPDRCYA | A | Dividend | L | T | | | | | |
| 38. ISHARES TR | D | Dividend | O | T | Partial Sale | 3/17 | N | F | |
| 39. BRISTOL MYER SQUIBB | B | Dividend | K | T | | | | | |
| 40. FIDELITY ADV. SER II SHORT FXD INC. | B | Dividend | M | T | | | | | |
| 41. PIMCO FUNDS LOW DURATION FD CLC | C | Dividend | | | Sold | 5/27 | L | | |
| 42. SECTOR SPDR TR. TECH | A | Dividend | M | T | Partial Sale | 5/27 | L | E | |
| 43. FIDELITY ADV FUND "Combine with #47, same Fund" | | | | | | | | | |
| 44. RYDEX SER FUND | A | Dividend | L | T | | | | | |
| 45. COLUMBIA BANCORP | A | Dividend | K | | | | | | |
| 46. CASCADE BANCORP | A | Dividend | K | | | | | | |
| 47. BPPLC Spons. ADR | B | Dividend | K | T | | | | | |
| 48. MEDTRONIC | A | Dividend | K | T | | | | | |
| 49. FIRST DATA CORP | | None | K | T | | | | | |
| 50. INTERMEDIATE BOND FUND AMER | B | Dividend | | | Sold | 3/17 | L | | |
| 51. SPECTOR SPDR TR INTL. HEALTH | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPECTOR SPDR ENERGY | B | Dividend | L | T | | | | | |
| 53. WILEY CHANDLER NOTE | C | Interest | | U | Note Paid | 9/19 | F | | |
| 54. TRI COUNTY METTR | B | Interest | K | T | | | | | |
| 55. WEST BANK P.R.C.O. | B | Interest | L | T | | | | | |
| 56. SALEM OR. W&S REV | B | Interest | L | T | | | | | |
| 57. ADVANTA BANK C.D. | C | Interest | L | T | | | | | |
| 58. PORT. ORE. SEWER SYS. | B | Interest | L | T | | | | | |
| 59. SALEM OR. WATER REV. | B | Interest | L | T | | | | | |
| 60. PORT. OR WATER SYS. | B | Interest | K | T | | | | | |
| 61. CLACK. CTY. OR. HOSP. | B | Interest | K | T | | | | | |
| 62. Carmen Drive Health Center Investors | A | Interest | K | U | Buy | 3/15 | K | | |
| 63. Sun Water Systems Inc. | D | Dividend | K | U | Buy | 11/5 | K | | |
| 64. Ore. St. Board of Higher Education: 8/1/07 | B | Interest | L | T | Buy | 3/22 | L | | |
| 65. SW Oregon Comm. Coll: 6/1/07 | B | Interest | L | T | Buy | 3/22 | L | | |
| 66. Residence - Davis, California | | None | O | S | Buy | 6/1 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

\* These bonds were purchased at various times to replace redeemed bonds in ▮▮▮▮brokerage account.  I don't have the dates readily available.

| Additional Information in | Type | Value Code | Value Method | Type | Day | Value | Gain |
|---|---|---|---|---|---|---|---|
| #22 IRA - Piper Jaffrey Account | None | O | T | | | | |

Schedule of Assets in IRA:

Europacific Fund
First Amer Gr. Fund
Templeton For FD        Exchanged/Merger with Blackrock Funds Aurora 1/31/05
Federal Equity FD
Bonds
Money Market Fund
Dodge & Cox Stock Fund
Blackrock Funds Aurora        Received through Merger 1/31/05

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date 5-8-06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS___ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544